IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN MATTHEW MONGER,

    Petitioner,               No. CIV S-06-1302 GEB DAD P

    vs.

JEANNE WOODFORD,

    Respondent.         ORDER

                               /

        Petitioner has requested an extension of time to file a response to the respondent's answer.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's January 3, 2007 motion for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file a response to the respondent's answer.

DATED: January 10, 2007.

                                          /s/ Dale A. Drozd
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:bb
mong1302.111