# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Steven Matthew Monger,  )   **CASE NO. CV 06-1302-GHK**

        Petitioner,  )

        v.  )   **Judgment**

Jeanne Woodford,  )

        Respondent.  )

    Pursuant to our April 13, 2009 Order denying Petitioner Steven Matthew Monger's Petition for Writ of Habeas Corpus, **IT IS HEREBY ADJUDGED** that the Petition is **DENIED** with prejudice.

    **IT IS SO ORDERED**.

DATED: April 13, 2009

                         GEORGE H. KING
                     United States District Judge[1]

---

[1] United States District Judge for the Central District of California sitting by designation.